UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESCUECOM CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 5:04-CV-1055 (NAM)(GHL) |
| vs. | ) |
| | ) |
| GOOGLE, INC. | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF MOTION</u>**

    PLEASE TAKE NOTICE that, upon the Declaration of Shawn Patrick Regan, counsel for Defendant Google Inc., ("Defendant") dated November 8, 2004, with exhibits thereto, the Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint and all prior pleadings and proceedings had herein, Defendant will move this Court for an order dismissing the complaint before the Honorable Norman A. Mordue on Wednesday, December 15, 2004, at 10:00 a.m. and for such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
         November 8, 2004

                                                       HUNTON & WILLIAMS LLP

                                   By: /s/ Shawn Patrick Regan
                                       Shawn Patrick Regan, Esq.
                                       N.D.N.Y. Bar No. 510638
                                       HUNTON & WILLIAMS LLP
                                       200 Park Avenue, 43rd Floor
                                       New York, NY 10166-0136
                                       Telephone: (212) 309-1000

                                       *Attorneys for Google Inc.*

TO:    Edmund J. Gegan, Esq.
          Rescuecom
          2560 Burnet Avenue
          Syracuse, New York 13206
          (315) 432-8800

          *Counsel for Plaintiff Rescuecom Corporation*

## **DECLARATION OF SERVICE**

Raymond E. Galbraith, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the firm of Hunton & Williams LLP, attorneys for Defendant Google, Inc.

That on November 8, 2004, I served a true copy of the foregoing on counsel for Plaintiff, via electronic service, at the address listed below

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2004.

                                                /s/ Raymond E. Galbraith
                                                Raymond E. Galbraith

TO:    Edmund J. Gegan, Esq.
           Rescuecom
           2560 Burnet Avenue
           Syracuse, New York  13206
           (315) 432-8800
           Email: ed@rescuecom.com

*Counsel for Plaintiff Rescuecom Corporation*