UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RESCUECOM CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 5:04-CV-1055 (NAM)(GHL) |
| vs. ) | |
| ) | |
| GOOGLE, INC. ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF SHAWN PATRICK REGAN IN
### SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION TO DISMISS

SHAWN PATRICK REGAN, hereby declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.  I am an attorney with the law firm of Hunton & Williams LLP, counsel to Defendant Google Inc. ("Defendant"). I am duly licensed to practice in the State of New York. I am familiar with this matter and make this Declaration in support of Defendant's Motion to Dismiss.

2.  Annexed hereto as Exhibit A is a true copy of the Complaint in this action

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of November, 2004 in New York, New York.

                                                       HUNTON & WILLIAMS LLP

                                        By: /s/ Shawn Patrick Regan
                                              Shawn Patrick Regan, Esq.
                                              N.D.N.Y. Bar No. 510638
                                              HUNTON & WILLIAMS LLP
                                              200 Park Avenue, 43rd Floor
                                              New York, NY 10166-0136
                                              Telephone: (212) 309-1000

                                              *Attorneys for Google Inc.*

## **DECLARATION OF SERVICE**

Raymond E. Galbraith, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the firm of Hunton & Williams LLP, attorneys for Defendant Google, Inc.

That on November 8, 2004, I served a true copy of the foregoing on counsel for Plaintiff, via electronic service, at the address listed below

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2004.

                                                /s/ Raymond E. Galbraith
                                                  Raymond E. Galbraith

TO:    Edmund J. Gegan, Esq.
           Rescuecom
           2560 Burnet Avenue
           Syracuse, New York  13206
           (315) 432-8800
           Email: ed@rescuecom.com

*Counsel for Plaintiff Rescuecom Corporation*