UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESCUECOM CORPORATION,<br><br>         Plaintiff / Counterclaim-Defendant,<br><br>vs.<br><br>GOOGLE INC.,<br><br>         Defendant / Counterclaim-Plaintiff. | 5:04-CV-01055 (NAM) (GHL)<br><br>**STIPULATION OF DISMISSAL** |

      Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Rescuecom Corporation ("Rescuecom") and Defendant Google Inc. ("Google"), through their respective counsel of record, as follows:

      1.    All claims in Rescuecom's Complaint against Defendant are hereby dismissed without prejudice;

      2.    The counterclaim in Google's Answer and Counterclaim against Plaintiff is hereby dismissed without prejudice; and

3.  All parties shall bear their own costs and attorneys' fees in connection with the prosecution and defense of the above-referenced claims.

Dated: New York, New York
       March 4, 2010

| RESCUECOM CORPORATION | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
|---|---|
| By: _____<br>Edmund J. Gegan<br>(N.D.N.Y. Bar Roll # 508421)<br>Attorneys for Plaintiff<br>2560 Burnet Avenue<br>Syracuse, NY 13206<br>(315) 432-8800 | By: _____<br>Jonathan B. Oblak<br>(N.D.N.Y. Bar Roll # 516001)<br>Attorneys for Defendant<br>51 Madison Avenue<br>New York, NY 10010<br>(212) 849-7000 |

SO ORDERED:

_____
U.S.D.J.