

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

RESCUECOM CORPORATION,

                Plaintiff / Counterclaim-
                Defendant,

    vs.

GOOGLE INC.,

                Defendant / Counterclaim-
                Plaintiff.

5:04-CV-01055 (NAM) (GHL)

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Rescuecom Corporation ("Rescuecom") and Defendant Google Inc. ("Google"), through their respective counsel of record, as follows:

      1.    All claims in Rescuecom's Complaint against Defendant are hereby dismissed without prejudice;

      2.    The counterclaim in Google's Answer and Counterclaim against Plaintiff is hereby dismissed without prejudice; and

IT IS SO ORDERED.

_____
Norman A. Mordue
Chief Judge

Dated: 3-5-10

3.    All parties shall bear their own costs and attorneys' fees in connection with the prosecution and defense of the above-referenced claims.

Dated: New York, New York
       March 4, 2010

**RESCUECOM CORPORATION**

By: _____
    Edmund J. Gegan
    (N.D.N.Y. Bar Roll # 508421)
    Attorneys for Plaintiff
    2560 Burnet Avenue
    Syracuse, NY 13206
    (315) 432-8800

**QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP**

By: _____
    Jonathan B. Oblak
    (N.D.N.Y. Bar Roll # 516001)
    Attorneys for Defendant
    51 Madison Avenue
    New York, NY 10010
    (212) 849-7000

SO ORDERED:

_____
    U.S.D.J.